UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL JAMES ROBBINS, SR., <br><br> Plaintiff, <br><br> vs. <br><br> FISHER, et al., <br><br> Defendants. | **1:21-cv-01642-JLT-GSA-PC** <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL** <br> **(Doc. 9)** <br><br> **ORDER DISMISSING THIS CASE FOR FAILURE TO STATE A CLAIM, WITHOUT LEAVE TO AMEND** <br><br> **ORDER FOR CLERK TO CLOSE CASE** |

Earl James Robbins, Sr. is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 10, 2022, the Court issued findings and recommendations that this case be dismissed without leave to amend based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983. (Doc. 9.) On January 20, 2022, Plaintiff filed objections to the findings and recommendations. (Doc. 10.)

According to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis. Plaintiff's objections do not meaningfully address the magistrate judge's findings, including the

1

finding that Plaintiff's has failed to state any federal claim regarding the fate of his Economic Impact Payment. Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued by the Magistrate Judge on January 10, 2022, (Doc. 9) are adopted in full.
2. This action is dismissed, without leave to amend, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 15, 2022**

_____
UNITED STATES DISTRICT JUDGE